# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| KIM SHOOK, KYLIE SCOLARO-CONTI, and JOHN SZWYD, | ) ) ) | JUDGMENT IN CASE |
| Plaintiffs, | ) ) | 1:22-cv-00065-MR-WCM |
| vs. | ) ) | |
| NCG ACQUISITION, LLC d/b/a APPALACHIAN COMMUNITY SERVICES and NCG CARE, INC., a/k/a negCARE, | ) ) ) ) ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 14, 2023 Order.

March 14, 2023

_____
Frank G. Johns, Clerk
United States District Court