IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:22 CV 65 MR WCM

KIM SHOOK, KYLIE SCOLARO-CONTI, )
and JOHN SZWYD, )
)
    Plaintiffs, )
)
)
v. ) ORDER
)
NCG ACQUISITION, LLC d/b/a )
APPALACHIAN COMMUNITY )
SERVICES and NCG CARE, INC. )
a/k/a ncgCARE, )
)
    Defendants. )
_____ )

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 47) filed by Alexander M. Gormley. The Motion indicates that Mr. Gormley, a member in good standing of the Bar of this Court, is local counsel for Defendants and that he seeks the admission of Matthew T. Anderson, who the Motion represents as being a member in good standing of the Bar of Virginia. It further appears that the requisite admission fee has been paid, and that there is no opposition to the Motion.

1

Accordingly, the Court **GRANTS** the Motion (Doc. 47) and **ADMITS** Matthew T. Anderson to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: December 5, 2024

*W. Carleton Metcalf*
W. Carleton Metcalf
United States Magistrate Judge